NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

CHEMI S.P.A., LORENZO DE FERRA, AND PIETRO MASSARDO,
*Appellants,*

v.

DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

and

FIDIA FARMACEUTICI S.P.A.,
*Appellee.*

2010-1514
(Reexamination No. 95/000,138)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The Director of the United States Patent and Trademark Office moves for a 17-day extension of time, until March 11, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert S. Silver, Esq.
     Raymond T. Chen, Esq.
     MaryAnne Armstrong, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2011

JAN HORBALY
CLERK